**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ROBERT L. BONCZEK,                              Civil 09-1137 (JRT/SRN)

                     Plaintiff,

v.                                          **ORDER ADOPTING REPORT**
                                             **AND RECOMMENDATION**

SOCIAL SECURITY
ADMINISTRATION,

                     Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Susan Richard Nelson dated September 3, 2009, all the files and records, and no objections having been filed to said Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss [Docket No. 3] is **GRANTED.**

Dated: September 29, 2009
at Minneapolis, Minnesota                             _____ s/John R. Tunheim ___
                                                           JOHN R. TUNHEIM
                                                 United States District Judge